AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Christian Conde Aviles,<br>a.k.a.: Christian Conde-Aviles,<br>a.k.a.: Christian Conde,<br>(A 098 922 408)<br>_Defendant_ | )<br>)<br>)  Case No.  15 - 9240 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 18, 2015, in the County of Coconino, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Christian Conde Aviles, an alien, was found in the United States of America at or near Flagstaff, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 28, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  AUSA Sean K. Lokey

☒ Continued on the attached sheet.

_____
Complainant's signature

Keith Keish,
Immigration Enforcement Agent

Sworn to before me and signed in my presence.

Date:    June 26, 2015
_____
Judge's signature

City and state:    Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
_____
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Keith Keish, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 18, 2015, Christian Conde Aviles was encountered at the Coconino County Detention Facility (CCDF) in Flagstaff, Arizona. Coconino County Detention Officer Loreal contacted the ICE Phoenix LEAR Unit because he suspected Conde Aviles was in the United States illegally. While incarcerated at the CCDF, Conde Aviles was telephonically interviewed by ICE Agent Wymore who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the CCDF. On June 24, 2015, Conde Aviles was released and then transported to the Phoenix ICE office for further investigation and processing. Conde Aviles was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Christian Conde Aviles to be a citizen of Mexico and a previously deported criminal alien. Conde Aviles was removed from the United

2

States to Mexico through Nogales, Arizona, on or about November 28, 2008, pursuant to the reinstatement of a previous order of removal issued by an immigration judge. There is no record of Conde Aviles in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Christian Conde Aviles's immigration history was matched to him by electronic fingerprint comparison.

4.  Criminal history checks revealed that Christian Conde Aviles was convicted of Burglary in the Third Degree, a felony offense, on October 9, 2008, in the Superior Court of Arizona, Maricopa County. Conde Aviles was sentenced to thirty (30) days incarceration and three (3) years probation. Conde Aviles's criminal history was matched to him by electronic fingerprint comparison.

5.  On June 24, 2015, Christian Conde Aviles was advised of his constitutional rights. Conde Aviles freely and willingly acknowledged his rights and agreed to provide a statement under oath. Conde Aviles stated that his true and complete name is Christian Conde Aviles and that he is a citizen of Mexico. Conde Aviles stated that he illegally entered the United States through the desert two weeks ago without being inspected by an immigration officer. Conde Aviles further stated that he had been removed from the United States and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

2

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 18, 2015, Christian Conde Aviles, an alien, was found in the United States of America at or near Flagstaff, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 28, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

Keith Keish,
Immigration Enforcement Agent,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 26th day of June, 2015.

Eileen S. Willett,
United States Magistrate Judge

3